IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-2440-AP**

**TAMI L. BUCHOLTZ,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

**KANE, J. ORDERS**

In light of Plaintiff's Response to the Court's Order to Show Cause (doc. #4), filed July 1, 2011, the Order to Show Cause is **DISCHARGED**.

DATED at Denver, Colorado this 12th day of July, 2011.

                              BY THE COURT:

                              *s/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT